**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2074**

BRANCH BANKING AND TRUST COMPANY,

Plaintiff - Appellee,

v.

NEHEMIAH BRYANT,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, District Judge. (2:17-cv-01359-DCN)

Submitted: January 18, 2018                                    Decided: January 22, 2018

Before GREGORY, Chief Judge, and SHEDD and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Nehemiah Bryant, Appellant Pro Se. Benjamin Edward Grimsley, GRIMSLEY LAW FIRM, Columbia, South Carolina; Christina Rampey Hunoval, HUNOVAL LAW FIRM PLLC, Charlotte, North Carolina; Jonathan McKey Milling, MILLING LAW FIRM, LLC, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nehemiah Bryant seeks to appeal the district court's order adopting the magistrate judge's recommendation and remanding this removed action to the state court. With certain exceptions not applicable here, "[a]n order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise." 28 U.S.C. § 1447(d) (2012). The Supreme Court has limited the scope of § 1447(d) to prohibiting appellate review of remand orders based on a defect in the removal procedure or lack of subject matter jurisdiction. *Quackenbush v. Allstate Ins. Co.*, 517 U.S. 706, 711–12 (1996); *see* 28 U.S.C. § 1447(c) (2012). Here, the remand was based on lack of subject matter jurisdiction and defects in the removal procedure. Accordingly, this court lacks jurisdiction to review the district court's order. We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*